**Dismissed and Memorandum Opinion filed May 6, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00157-CV

## LEISA WARD, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF FRANCIS JERNIGAN, Appellant

## V.

## EAST HOUSTON REGIONAL MEDICAL CENTER AND JAMES GRUESKIN, M.D., Appellees

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-41317**

# M E M O R A N D U M   O P I N I O N

On February 19, 2014, appellant filed a notice of appeal from two interlocutory orders signed November 14, 2013, granting appellees' motions for summary judgment, which were purportedly made final by an order of severance signed December 2, 2013.[1] The clerk's record was filed April 11, 2014. The record

---

[1] We note that although the trial court ordered that the severed action would bear cause number 2013-41317-A, none of the documents filed with this court, including appellant's notice of appeal, are styled with the severed cause number.

contains the trial court's order signed February 24, 2014, granting appellant's motion for reconsideration of the summary judgment granted in favor of appellee James Grueskin, M.D.

Appellate jurisdiction is never presumed and issues related to our jurisdiction over an appeal may be raised on our own motion at any time. *M.O. Dental Lab v. Rape*, 139 S.W.3d 671, 673 (Tex. 2004) (per curiam). Because it appeared that there is no longer a final judgment that may be appealed, this court notified the parties that we would consider dismissing the appeal for want of jurisdiction unless appellant filed a response on or before April 28, 2104, demonstrating this court's jurisdiction over the appeal. *See* Tex. R. App. P. 42.3(a). No response was filed.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex.2001). Interlocutory orders are not appealable unless explicitly made so by statute. *Stary v. DeBord*, 967 S.W.2d 352, 352–53 (Tex. 1998). The trial court set aside the summary judgment granted in favor of James Grueskin, M.D. The summary judgment in favor of East Houston Regional Medical Center is therefore interlocutory and not appealable. *See Lehmann*, 39 S.W.3d at 201 (concluding that a judgment is not final for purposes of appeal unless it actually disposes of all parties and causes of action or it clearly and unequivocally states that it finally disposes of all claims and parties).

Accordingly, the appeal is ordered dismissed for want of jurisdiction.


PER CURIAM


Panel consists of Justices Boyce, Busby, and Wise.